AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| MARITTA ERICKSON <br><br> *Plaintiff(s)* <br> v. <br> HILLSBORO MEDICAL CENTER and <br> TRANSAMERICA RETIREMENT ADVISORS, LLC <br><br> *Defendant(s)* | Civil Action No.   3:22-cv-1208-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hillsboro Medical Center
abn for Tuality Healthcare
Attn: Lori James-Nealon
335 SE Eighth Ave.
Hillsboro, OR 97123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Megan E. Glor
Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 08/17/2022                       By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| MARITTA ERICKSON <br><br> *Plaintiff(s)* <br><br> v. <br><br> HILLSBORO MEDICAL CENTER and <br> TRANSAMERICA RETIREMENT ADVISORS, LLC <br><br> *Defendant(s)* | Civil Action No.  3:22-cv-1208-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Transamerica Retirement Advisors, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Megan E. Glor
Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 08/17/2022         By: s/D. Norris, Deputy Clerk